DOA: 11-14-24

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>v.<br><br>  1.  Luis Alfredo Medina Beltran,<br><br>  2.  Leonardo Medina Beltran,<br><br>  3.  Juan Angel Guerrero, and<br><br>  4.  Jesus Ortiz-Estudillo,<br><br>       Defendants. | CRIMINAL COMPLAINT<br>CASE NUMBER: 24-8586 MJ |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about November 14, 2024, in the County of Maricopa in the District of Arizona, Defendants LUIS ALFREDO MEDINA BELTRAN, LEONARDO MEDINA BELTRAN, JUAN ANGEL GUERRERO, and JESUS ORTIZ-ESTUDILLO knowingly made a false statement and representation in connection with the acquisition of firearms to Baseline Pawn, which was intended and likely to deceive the business as to a fact material to the lawfulness of a sale of firearms by the business, which is licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the business, in that LUIS ALFREDO MEDINA BELTRAN executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Report, stating he was the actual transferee/buyer of the firearms, whereas in truth and fact, he knew he was buying the firearms on behalf of another person.

In violation of Title 18, United Code, Sections 922(a)(6), 924(a)(2), and 2.

I further state that I am a Task Force Officer (TFO) for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and that this complaint is based on the following facts:

**See Attachment A, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:    ☒Yes    ☐ No

AUTHORIZED BY: Maria R. Gutierrez & Marcus Shand, AUSAs

Digitally signed by
MARIA GUTIERREZ
Date: 2024.11.15
12:30:40 -07'00'

George Fulton, TFO for ATF
Name of Complainant

Signature of Complainant

Digitally signed by GEORGE FULTON (Affiliate)
DN: c=US, o=U.S. Government, ou=Dept of
Justice, ou=ATF,
0.9.2342.19200300.100.1.1=15001003801508,
cn=GEORGE FULTON (Affiliate)
Date: 2024.11.15 14:23:43 -05'00'

Sworn to telephonically before me

11/15/24                                    at      Phoenix, Arizona
Date                                                City and State

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

**ATTACHMENT A**

**STATEMENT OF PROBABLE CAUSE**

I, George Fulton, a Task Force Officer for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) being duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been appointed as a Task Force Officer since August 31, 2019. I have been employed by the Phoenix Police Department since November 2003. Prior to being assigned to the Violent Crimes Task Force, your Affiant had been assigned to the Phoenix Police Department's Crime Gun Intelligence Unit (CGIU) within the Violent Crimes Bureau. In that time, your Affiant has been tasked with conducting investigations of Violent Crimes, specifically: Aggravated Assaults, Armed Robberies, Misconduct Involving Weapons, Illegal Drug Sales, and Illegal Trafficking of Firearms.

2. The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents involved in the investigation, and information obtained from witnesses. Based on the below facts, your Affiant submits there is probable cause that Luis Alfredo MEDINA BELTRAN, Leonardo MEDINA BELTRAN, Juan Angel GUERRERO, and Jesus ORTIZ-ESTUDILLO committed the offense alleged in the Complaint.

**PROBABLE CAUSE**

3. On November 14, 2024, at approximately 6:08 p.m., the Phoenix Police Department (PPD) and Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) were conducting surveillance in the area of 700 West Baseline Road, Phoenix, Arizona. PPD Investigators observed a white BMW SUV with an Arizona temporary license plate 61231XP ("Subject Vehicle #1"), pull into the parking lot of Baseline Pawn at 695 West Baseline Road, a Federal Firearms Licensee (FFL).

4.    PPD investigators saw an individual later identified as Luis Alfredo Medina BELTRAN exit from the front passenger seat of Subject Vehicle #1 and another individual later identified as Leonardo MEDINA Beltran exit from the driver's seat of Subject Vehicle #1. Both MEDINA and BELTRAN entered the FFL together.

5.    At approximately 6:13 p.m. investigators saw MEDINA exit the FFL, walking back to Subject Vehicle #1. PPD Investigators saw MEDINA open the driver side door of Subject Vehicle #1 and grab an unknown item from the vehicle. MEDINA returned to the store and was seen through an open door of the FFL, standing by the counter.

6.    At approximately 6:18 p.m., PPD Investigators saw MEDINA exit the FFL, walk towards Subject Vehicle #1, and get into the driver's seat.

7.    At approximately 6:42 p.m., PPD investigators saw BELTRAN exit the FFL carrying three long brown cardboard boxes towards Subject Vehicle #1. Investigators recognized the boxes that BELTRAN was carrying were consistent as boxes used to package and sell firearms, particularly rifles. Investigators watched as BELTRAN placed the three rifle boxes into the back cargo compartment of Subject Vehicle #1.

8.    Investigators watched as BELTRAN got into the front passenger seat of Subject Vehicle #1. As investigators watched Subject Vehicle #1 begin to back out of the parking space, a dark colored Chevy Malibu with an Arizona license plate 5AA40T ("Subject Vehicle #2") was seen pulling into the parking lot of Baseline Pawn.

9.    Subject Vehicle #2 proceeded to follow Subject Vehicle #1 as the two vehicles exited the parking lot, going westbound on Baseline Road. Investigators continued surveillance as the two vehicles made a left hand turn to go southbound on 7th Avenue. Investigators briefly lost sight of the two Subject Vehicles as they made a left hand turn onto West Beautiful Lane.

10.    When ATF investigators turned onto West Beautiful Lane, they saw Subject Vehicle #2, parked behind Subject Vehicle #1 at approximately 623 West Beautiful Lane. Investigators could see the back hatch to Subject Vehicle #1 was open and only one (1) gun box was now in Subject Vehicle #1. Investigators saw MEDINA and BELTRAN were

standing at the rear of Subject Vehicle #1 with individuals who were later identified as Juan Angel GUERRERO and Jesus Ortiz-ESTUDILLO.

11.    At approximately 6:55 p.m., Investigators detained MEDINA, BELTRAN, GUERRERO, and ESTUDILLO. Investigators were able to see through the front windshield of Subject Vehicle #2 and saw two rifle boxes in the back seat of Subject Vehicle #2. The two (2) rifle boxes appeared to be consistent with the rifle boxes investigators saw BELTRAN initially place into Subject Vehicle #1.

12.    Post-*Miranda*, BELTRAN admitted to purchasing three firearms for GUERRERO. He advised he bought approximately a total of fifteen firearms for GUERRERO on seven different occasions. He was unaware of who ESTUDILLO was but advised ESTUDILLO had taken two of the rifles from the back of Subject Vehicle #1 and placed them into Subject Vehicle #2. BELTRAN informed investigators he knew what he was doing was illegal.  BELTRAN also said he filled out an ATF Form 4473 when he purchased the three firearms. He admitted that he provided an address on the form that was not his address and claimed on the ATF Form 4473 that he was the true purchaser of the firearms knowing that he was in fact not the true purchaser.  BELTRAN said he was paid $1,100 to straw purchase the three firearms.

13.    Post-*Miranda*, MEDINA said that he believed they were detained by law enforcement because he was told to "punch it" by GUERRERO when he was driving Subject Vehicle #1. MEDINA clarified he was referring to him giving GUERRERO a ride and GUERRERO told him to stop on the side of the road. MEDINA said that his brother, BELTRAN, was in the front passenger seat of Subject Vehicle #1 and GUERRERO was in the back seat when they went to Baseline Pawn to purchase the firearms.

14.    MEDINA advised that he saw ESTUDILLO give GUERRERO the money for the firearms. GUERRERO then gave the money to BELTRAN to purchase the firearms. MEDINA said that he knew the firearms that BELTRAN purchased at Baseline Pawn were going to GUERRERO. MEDINA related "they" were offered money to purchase the firearms.  MEDINA said he was not going to get paid, but his brother, BELTRAN, was

going to get paid for the purchase of the firearms. MEDINA said that they needed the money from the purchase of the firearms to pay bills. MEDINA acknowledged he knew what he was doing was illegal.

15.    During an interview with GUERRERO, who was unhandcuffed at the time, standing on the side of the street. GUERRERO admitted to investigators that he and his friends, BELTRAN and MEDINA, purchased three firearms for ESTUDILLO. GUERRERO stated the three agreed to purchase firearms for profit. GUERRERO posted an ad on a Facebook group that advertises firearm sales. GUERRERO posted a message advertising he would be willing to purchase firearms on behalf of other individuals interested in obtaining firearms. GUERRERO said ESTUDILLO messaged him asking for three AK style rifles. GUERRERO said he would purchase them, and it would cost ESTUDILLO $3,900. ESTUDILLO agreed to the price and GUERRERO told ESTUDILLO to meet him at Baseline Pawn shop.

16.    GUERRERO said that he, BELTRAN, and MEDINA, got into Subject Vehicle #1, and drove to Baseline Pawn shop to meet ESTUDILLO. GUERRERO was in contact with ESTUDILLO via cell phone on the way to Baseline Pawn directing ESTUDILLO where to go. Once at Baseline Pawn, GUERRERO exited the Subject Vehicle #1 and walked over to Subject Vehicle #2. GUERRERO met with ESTUDILLO, where he received the $3,900 previously agreed on from ESTUDILLO and re-entered Subject Vehicle #1. GUERRERO then stated he gave the money to BELTRAN to purchase the firearms. GUERRERO stated BELTRAN purchased the firearms because he was 21 years of age. GUERRERO believed that since he was 19 years of age, he could not purchase the rifles, so GUERRERO stayed in Subject Vehicle #2 during the purchase. After the purchase, BELTRAN handed the three firearms to GUERRERO, who was sitting in the rear seat. GUERRERO instructed ESTUDILLO to follow them somewhere so they could exchange the firearms. GUERRERO told investigators he was profiting approximately $300 per firearm purchase.

17.    Post-*Miranda* interview, ESTUDILLO said he was not friends with MEDINA, GUERRERO, or BELTRAN. He explained he only had telephone contact with them through a "WhatsApp" group chat. He said he had contact with GUERRERO. ESTUDILLO said he had asked them to get firearms. He explained GUERRERO had contacted him about getting firearms for him. According to ESTUDILLO, GUERRERO posted an ad asking if anyone was looking to buy firearms. He responded to the ad, telling GUERRERO he was interested in getting firearms.    ESTUDILLO said he gave GUERRERO $3,900 to purchase the firearms that day. The money was exchanged in the parking lot at Baseline Pawn.  He said GUERRERO kept the difference in the price of the firearms that were purchased as payment for buying the rifles.

18.    ESTUDILLO said that this was the first time he used GUERRERO to get firearms for him. The firearms were intended for himself, but acknowledged if people wanted to buy the firearms, he would resell them. ESTUDILLO admitted that he had an AR-15 style rifle in the car that he purchased the firearm from another person. He said he purchased the AR-15 style rifle six months ago. He purchased the firearm from the same "WhatsApp" group.  He said that he initially paid $1000 for the firearm. ESTUDILLO said he has only purchased four rifles. He added that the rifle in the back of Subject Vehicle #2 was his. ESTUDILLO said he did not purchase the firearms himself because he was undocumented; thus, unable to have firearms.

19.    ESTUDILLO consented to a search of Subject Vehicle #2.  Investigators recovered two Century Arms, VSKA, rifles and one Aero Precision rifle from the back seat of Subject Vehicle #2.

20.    MEDINA and BELTRAN consented to a search of Subject Vehicle #1. Investigators recovered one Century Arms, VSKA, Rifle, one Keltec PF9 pistol, and approximately $1180 in U.S. currency from Subject Vehicle #1.

## CONCLUSION

21.    For these reasons, your Affiant submits that there is probable cause to believe Luis Alfredo MEDINA BELTRAN, Leonardo MEDINA BELTRAN, Juan Angel GUERRERO and Jesus ORTIZ-ESTUDILLO committed the offense alleged in the complaint.

22.    I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

Digitally signed by GEORGE FULTON (Affiliate)
DN: c=US, o=U.S. Government, ou=Dept of
Justice, ou=ATF,
0.9.2342.19200300.100.1.1=15001003801508,
cn=GEORGE FULTON (Affiliate)
Date: 2024.11.15 14:22:52 -05'00'

_____
GEORGE FULTON
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives


Sworn to and subscribed electronically this _15th_ day of November, 2024.


_____
HONORABLE JOHN Z. BOYLE
United States Magistrate Judge